# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH SILVESTRI, et al.,

    Plaintiffs,

v.

MARTINEZ REFINING COMPANY LLC, et al.,

    Defendant.

Case No. 4:24-cv-08241-HSG

The Hon. Haywood S. Gilliam, Jr.

**ORDER GRANTING STIPULATION TO CONTINUE DATE TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE**

| | |
|---|---|
| Complaint served: | November 25, 2024 |
| Current response date: | December 16, 2024 |
| New response date: | February 12, 2025 |

Having reviewed the stipulation of the parties, and good cause appearing, PURSUANT TO STIPULATION, THE REQUESTED DEADLINE TO RESPOND TO THE COMPLAINT AND BRIEFING SCHEDULE IS SO ORDERED.

1. Defendant's responsive pleading, whether by answer, motion, or otherwise, is due on February 12, 2025;
2. If Defendant responds by motion, Plaintiffs' Opposition shall be due on March 19, 2025 and Defendant's Reply shall be due on April 9, 2025.

IT IS SO ORDERED.

Dated:  12/16/2024

                             _____
                             Hon. Haywood S. Gilliam, Jr.
                             United States District Court Judge

1

ORDER GRANTING STIPULATION TO CONTINUE DATE TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE; Case No. 4:24-cv-08241-HSG