1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH SILVESTRI, et al., | Case No. 4:24-cv-08241-HSG |
|---|---|
| Plaintiffs, | The Hon. Haywood S. Gilliam, Jr. |
| v. | **ORDER RE STIPULATION TO CONTINUE RESPONSE DEADLINE AND CASE MANAGEMENT CONFERENCE (as modified)** |
| MARTINEZ REFINING COMPANY LLC, | |
| Defendant. | |

**ORDER**

PURSUANT TO THE STIPULATION, and good cause appearing therefore, the Court hereby Orders that:

1. Defendant shall respond by answer (and not motion) to the currently operative complaint by March 14, 2025;
2. The case management conference is continued from March 14, 2025, to April 15, 2025, at 2:00 PM or such other date and time that is convenient for the Court. The Zoom webinar information and instructions remain the same as previously provided in docket no. 20.;
3. A joint case management statement shall be filed seven days prior to the case management conference, with the parties conducting their Rule 26(f) conference at least 10 days before the case management conference; and
4. The proposed timing for ADR certifications and initial disclosure deadlines (or alternative discovery means) shall be addressed in the joint case management statement.

DATE: 3/5/2025

_____
Hon. Haywood S. Gilliam, Jr.