UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SILVESTRI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARTINEZ REFINING COMPANY LLC, <br><br> Defendant. | Case No. 4:24-cv-08241-HSG <br><br> The Hon. Haywood S. Gilliam, Jr. <br><br> **ORDER GRANTING STIPULATION REGARDING MOTION TO STRIKE BRIEFING SCHEDULE** |

Having reviewed the stipulation of the parties, and good cause appearing, PURSUANT TO STIPULATION, THE REQUESTED BRIEFING SCHEDULE IS SO ORDERED.

Defendant shall file its Opposition to the Motion to Strike on or before April 30, 2025, and Plaintiffs shall file their Reply on or before May 8, 2025.

DATED: 4/14/2025

**Hon. Haywood S. Gilliam, Jr.**
**United States District Court Judge**