UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH SILVESTRI, et al.,

Plaintiff(s),

v.

MARTINEZ REFINING COMPANY LLC,

Defendant(s).

Case No. 4:24-cv-08241-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Megan R. Brillault, an active member in good standing of the bar of USDC - Southern District of NY, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Martinez Refining Company LLC in the above-entitled action. My local co-counsel in this case is Jacob P. Duginski, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 316091.

| 825 3rd Ave 16th Floor, New York, NY 10022 | 333 Bush Street, #1500, San Francisco, CA 94104 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212-702-5414 | 415-262-4018 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mbrillault@bdlaw.com | jduginski@bdlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MB5562.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  1  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2025

Megan R. Brillault
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Megan R. Brillault is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/14/2025

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Daniel Ortiz*, Acting Clerk of Court, Certify that

___MEGAN   R   BRILLAULT___, Bar # ___MB5562___

was duly admitted to practice in the Court on

___July 30, 2004___

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   ___August 23, 2024___
New York, New York

___Daniel Ortiz___   By   ___s/B. Cong___
Acting Clerk of Court        Deputy Clerk